ALBERT BOLLSCHWEILER, complainant,

*v.*

PACKER HOUSE HOTEL COMPANY, defendant.

[Submitted March 22d, 1915.   Decided June 14th, 1915.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Emery, whose opinion is reported in *83 N. J. Eq. 459.*

*Mr. John A. Coan,* for the complainant.

*Mr. Joseph E. Stricker,* for the defendant.

PER CURIAM.

The decree order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Emery.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, VREDENBURGH, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS —14.

*For reversal*—None.